**FILED**
September 13, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA § Cause No.: **DR:23-CR-02325-AM**
§
v. § **INDICTMENT**
§
KEVIN DOMINGUEZ § [COUNT 1: 18 U.S.C. § 111(a)(1):
§ Assaulting, Resisting or Impeding Certain
§ Officers or Employees; COUNT TWO: 8
§ U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii),
§ Illegal Alien Transportation Placing Lives
§ in Jeopardy.]

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1)]

On or about August 1, 2023, in the Western District of Texas, Defendant,

KEVIN DOMINGUEZ,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent L.O., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, and the intent to commit another felony, all in violation of Title 18, United States Code, Section 111(a)(1).

A true copy of the original, I certify.
Clerk, U.S. District Court
By:_____
Deputy Clerk

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about August 1, 2023, in the Western District of Texas, Defendant,

KEVIN DOMINGUEZ,

knowing and in reckless disregard of the fact that a certain alien, namely, Bismark Urbina-Maldonado, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and during and in relation to said offense, Defendant's conduct placed in jeopardy the life of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

A TRUE BILL

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____ FOR
MATT I. KASS
Assistant United States Attorney